UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN ZAMBRANO-PASTOR,<br><br>Defendant. | CRIMINAL NO. 5:25-27-KKC-EBA-1<br><br><br>**ORDER** |

    This matter was referred to Magistrate Judge Edward Atkins for the purpose of conducting rearraignment proceedings for the above defendant. After conducting those proceedings, Judge Atkins filed a recommendation (DE 26) that the Court accept the defendant's guilty plea and that the defendant be adjudged guilty of Counts 1 and 2 of the indictment (DE 1) in this matter. No objections have been filed and, having reviewed the record, the Court finds that Judge Atkins satisfied all requirements of the Federal Rules of Criminal Procedure and the United States Constitution. Accordingly, the Court hereby ORDERS as follows:

1) The Court ADOPTS the recommendation (DE 26) and ACCEPTS the defendant's guilty plea; and

2) The defendant is ADJUDGED GUILTY of Counts 1 and 2 of the indictment (DE 1).

June 27, 2025



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY